U.S. DISTRICT COURT JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA LYNN HOLLER, | ) ) ) No. 2:16-cv-01251-RAJ-BAT |
| Plaintiff, | ) ) [PROPOSED] ORDER |
| v. | ) ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) ) |

THIS MATTER having been brought before this Court upon Plaintiff's Motion for Equal Access to Justice Act attorneys' fees and costs, and the Court having fully considered this matter:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is Granted and Plaintiff is awarded attorneys' fees in the amount of $5,975.79 and reimbursement of expenses in the amount of $29.09 for a total of $6,004.88 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Plaintiff is also awarded $14.20 in costs under 28 U.S.C. § 1920.

The check(s) shall be mailed to Plaintiff's attorney's office: Robey Namba, P.S., 1414 F Street, Bellingham, WA 98225. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA

**ROBEY NAMBA, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

[PROPOSED] ORDER - 1

fees shall be made payable to Robey Namba, P.S. based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

DATED this 24th day of January, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

**ROBEY NAMBA, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838